**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000046
31-OCT-2013
10:28 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---


SAFEWAY, INC., Plaintiff-Appellee,
v.
NORDIC PCL CONSTRUCTION, INC., a Hawaii
corporation, Defendant-Appellant,
and
VERSAFLEX INCORPORATED, a Missouri corporation,
CB TECH SERVICES, INC., a Hawaii corporation,
HAWAII NUT & BOLT, INC., a Hawaii corporation,
CASCADE INDUSTRIES, INC., a Hawaii corporation,
Defendants-Appellees
and
JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50,
DOE CORPORATIONS 1-50, DOE ENTITIES 1-50, Defendants

and

CASCADE INDUSTRIES, INC., Third-Party Plaintiff-Appellee,
v.
GRANT HENRY, DIVISION SEVEN CONSULTING OF HAWAII, INC.,
Third-Party Defendants-Appellee,
and
JOHN DOES 2-50, JANE DOES 2-50, DOE PARTNERSHIPS 1-50,
DOE CORPORATIONS 2-50, and DOE ENTITIES 1-50,
Third-Party Defendants

and

VERSAFLEX INCORPORATED, a Missouri corporation,
Third-Party Plaintiff-Appellee,
v.
BENNER STANGE ASSOCIATES ARCHITECTS, INC.,
Third-Party Defendant-Appellee

NO. CAAP-10-0000046

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1414)

ORDER OF CORRECTION
(By:  Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Published Opinion filed on October 30, 2013, is corrected as follows:

On page 26, in the attorney credit for Starn O'Toole Marcus & Fisher, the words "for Defendant-Appellant" are deleted so that the attorney credit reads:

Terence J. O'Toole,
Judith Ann Pavey, and
Wil K. Yamamoto
(Starn O'Toole Marcus & Fisher)
for Plaintiff-Appellee
Safeway, Inc.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, October 31, 2013.

Associate Judge

---

[1]  Leonard, Presiding Judge, Reifurth and Ginoza, JJ.